IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AYALA KAUFFMAN, on behalf of herself and the class members described below, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:11CV203 |
| COMMONWEALTH FINANCIAL SYSTEMS, INC., doing business as NCC, | ) ) ) ) | |
| Defendant. | ) | |

## INITIAL STATUS REPORT

The parties held a Rule 26(f) conference, pursuant to this Court's order, on February 21, 2011 – with Thomas Soule (for plaintiff) and Nicole Strickler (for defendant) participating in the conference. Based on the result of that conference, the parties now present this initial status report:

 1. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

  (A) Discovery will be needed on the merits of the case, on a pending motion for class certification, and on damages to be awarded (if plaintiff and the putative class are successful on their claims). Plaintiff seeks (for herself and a putative class) relief under the Telephone Consumer Protection Act (47 U.S.C. §227) from allegedly unauthorized automated collection calls to her cellular phone. Plaintiff also seeks (for herself alone) relief under the Fair Debt Collection Practices Act (15 U.S.C. §1692 *et seq.*) and the Illinois Collection Agency Act (225 ILCS 425/1 *et seq.*) for allegedly

failing to provide to her a written notice of rights provided by those statutes. Defendant has answered the complaint, denies that it did anything wrong, denies that it violated any law, and has raised affirmative defenses.

(B) Fed.R.Civ.P. 26(a)(1) disclosures shall be made by March 14, 2011. The parties may move to amend their pleadings, or join any additional parties, by motions filed on or before June 17, 2011. All discovery shall be commenced in time to be completed by September 9, 2011.

(C) The parties expect they will need at least 3 depositions (namely, plaintiff's deposition and the deposition of at least two representatives of defendant); more depositions of defendant's representatives may be needed depending on who has knowledge of events relevant to plaintiff's complaint.

(D) Reports from experts are not anticipated. However, should such discovery be required, the parties agree to make Rule 26(a)(2) disclosures no later than July 15, 2011 (for plaintiff) and August 12, 2011 (for defendant).

(E) All potentially dispositive motions should be filed by October 7, 2011. [Note: The court will not consider a summary judgment motion until the parties have first discussed settlement. Any motion for summary judgment must be accompanied by a statement signed by lead counsel for both parties certifying that they have engaged in good faith settlement efforts.]

(F) The parties anticipate that most, if not all, issues in the case would be resolvable by summary judgment motions. However, if a trial is required, given the filing of dispositive motions on October 7, 2011, the parties suggest that a trial could take place no earlier than January or February

2012, with a trial expected to last at least three business days.

2. **Settlement.** The parties have discussed the initial exchange of information relevant to class settlement, but have not yet exchanged settlement proposals.

3. **Consent.** The parties do not consent unanimously to proceed before a Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| /s/ Thomas E. Soule | /s/ Nicole M. Strickler |
| Thomas E. Soule | Nicole M. Strickler |
| Edelman Combs Latturner & Goodwin LLC | Messer & Stilp, Ltd. |
| 120 South LaSalle Street, 18th Floor | 166 West Washington Street, Suite 300 |
| Chicago IL 60603 | Chicago IL 60602 |
| (312) 739-4200 | (312) 334-3476 |
| (312) 419-0379 (fax) | (312) 334-3404 (fax) |
| courtecl@edcombs.com | strickler@messerstilp.com |

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that this document was filed on February 21, 2011 and served upon counsel for defendant (messer@messerstilp.com, johnson@messerstilp.com, strickler@messerstilp.com) through the Court's electronic filing system, on the same date.

/s/ Thomas E. Soule
Thomas E. Soule