*EXHIBIT B*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AYALA KAUFFMAN, on behalf of herself and the class members described below, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:11CV203 |
| COMMONWEALTH FINANCIAL SYSTEMS, INC., doing business as NCC, | ) ) ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF THOMAS E. SOULE

I, Thomas E. Soule, hereby declare under penalty of perjury and pursuant to Fed.R.Civ.P. 37, 28 U.S.C. §1746 and all other applicable rules, that the parties (through counsel) held a teleconference on June 10, 2011 at approximately 11:00 a.m. I participated as counsel for plaintiff; Nicole Strickler participated as counsel for defendant. This conference, and written communications preceding it, discussed the scope of a subpoena to Saint Francis Hospital, dated June 1, 2011. Notwithstanding a good-faith discussion of the parties' positions, an accord could not be reached.

All of the preceding is true and correct.

Executed on this day, June 14, 2011.

/s/ Thomas E. Soule
Thomas E. Soule