Law Offices of
### EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street
Suite 1800
Chicago, Illinois 60603
312-739-4200
Fax 312-419-0379
Website: www.edcombs.com
Email: info@edcombs.com

July 19, 2011

*Via facsimile, mail and e-mail*

Nicole Strickler
Messer & Stilp, Ltd.
166 West Washington Street, Suite 300
Chicago IL 60602
(312) 334-3404 (fax)

    Re:    *Kauffman v Commonwealth Financial Systems, Inc. (1:11CV203 (N.D.Ill.))*

Dear Nicole:

    On our client's authority, the Rule 68 Offer of Judgment of Commonwealth Financial Systems, made on July 8, 2011 (and attached hereto for further reference), is accepted.

                                           Sincerely,

                                           Thomas E. Soule

cc:    client

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AYALA KAUFFMAN, </br></br> Plaintiff, </br></br> v. </br></br> COMMONWEALTH FINANCIAL SYSTEMS, INC. </br></br> Defendant. | Case No. 11 CV 203 |

### RULE 68 OFFER OF JUDGMENT OF DEFENDANT COMMONWEALTH FINANCIAL SYSTEMS, INC.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant COMMONWEALTH FINANCIAL SYSTEMS, INC. ("Defendant"), by and through its undersigned attorneys, hereby submits this Offer of Judgment ("Offer"), which offers to allow judgment to be taken against it and in favor of Plaintiff AYALA KAUFFMAN ("Plaintiff"), as follows:

1. Judgment shall be entered against Defendant in the amount of Four Thousand And One Dollars ($4,001.00), plus the amount of taxable costs incurred by Plaintiff as a prevailing party, if any, in full satisfaction of all damages and relief sought by the Plaintiff in this action.

2. Notwithstanding the foregoing Offer, nothing in Rule 68 supports the position that by accepting a Rule 68 offer the plaintiff automatically becomes entitled to attorneys' fees. *See, Fletcher and Johnson v. City of Fort Wayne*, 162 F.3d 975, 977 (7th Cir. 1998). Further, this offer shall not be construed to contain an offer to pay Plaintiff's attorneys' fees incurred in this action.

Dated the 8th day of July, 2011.

                Respectfully submitted,

                COMMONWEALTH FINANCIAL SYSTEMS, INC.

        By:   /s/ Nicole M. Strickler
                Attorney #6298459
                Attorney for Defendant
                Messer & Stilp, Ltd.,
                166 W. Washington, Suite 300
                Chicago, IL 60602
                (312) 334-FIRM (3476)
                (312) 334-3404 (Fax)
                strickler@messerstilp.com

CERTIFICATE OF SERVICE

     I, Nicole M. Strickler, hereby certify that on July 8, 2011, a copy of the foregoing document was served via email on the following recipients:

Thomas Soule
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

                                                  By:    /s/ Nicole M. Strickler
                                                              Attorney # 6298459
                                                              Attorney for Defendant
                                                              Messer & Stilp, Ltd.,
                                                             166 W. Washington, Suite 300
                                                             Chicago, IL 60602
                                                             (312) 334-FIRM (3476)
                                                             (312) 334-3404 (Fax)
                                                             strickler@messerstilp.com