**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AYALA KAUFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11CV203 |
| | ) | |
| COMMONWEALTH FINANCIAL SYSTEMS, INC., doing business as NCC, | ) ) | |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Plaintiff Ayala Kaufman hereby gives notice of the satisfaction of the judgment entered in her favor, and against defendant, Commonwealth Financial Systems, Inc., on the account of payment received from defendant in the amount of $4,594.71, which was received by plaintiff's counsel on September 7, 2011.

Accordingly, plaintiff suggests that defendant, Commonwealth Financial Systems, Inc. should be excused from further response to this matter.

Respectfully submitted,

s/ Thomas E. Soule
Thomas E. Soule

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that this document was filed with the Court on September 27, 2011, and served upon counsel for defendant (messer@messerstilp.com, wilder@messerstilp.com, and johnson@messerstilp.com) on the same date.

s/ Thomas E. Soule
Thomas E. Soule